

**UNITED STATES
DISTRICT COURT
DISTRICT OF MINNESOTA**

| **Warren E. Burger Federal Building and U.S. Courthouse** 316 North Robert Street Room 100 St. Paul, MN 55101 | **Diana E. Murphy U.S. Courthouse** 300 South Fourth Street Room 202 Minneapolis, MN 55415 | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** 515 West First Street Duluth, MN 55802 | **Edward J. Devitt U.S. Courthouse and Federal Building** 118 South Mill Street Fergus Falls, MN 56537 |
|---|---|---|---|

February 5, 2026

Court Administration
Mower County District Court
201 1st Street NE, Suite 3
Austin, MN 55912

Case Number: 0:25−cv−03320−PJS−JFD
Case Title: Lenway et al v. Hormel Foods Corporation
Re: Order of Remand

Dear Case Administrator:

A certified copy of the Order of Remand filed by Chief Judge Patrick J. Schiltz dated 2/4/2026 is enclosed. Please acknowledge receipt by returning a date−stamped copy of this notice in the enclosed self−addressed envelope.

Sincerely,

Kate M. Fogarty, Clerk

cc: Mower County District Court

Enclosures: Order of Remand